IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GREGORY WIGGS** | : | **CIVIL ACTION** |
| | : | |
| vs. | : | |
| | : | NO. 07-5105 |
| **MICHAEL J. ASTRUE,** | : | |
| **Commissioner of Social Security** | : | |

**O R D E R**

AND NOW, this 16th day of May, 2008, upon consideration of Defendant's Motion for Remand (Document No. 12, filed April 24, 2008), there being no objection, and the Report and Recommendation of United States Magistrate Judge M. Faith Angell filed May 15, 2008, **IT IS ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge M. Faith Angell filed on May 15, 2008, is **APPROVED** and **ADOPTED**;

2. Defendant's Motion for Remand, agreed to by plaintiff, is **GRANTED**; and,

3. The case is **REMANDED** to the Commissioner of the Social Security Administration in accordance with the fourth sentence of 42 U.S.C. § 405(g) for further proceedings as requested in Defendant's Motion for Remand.

BY THE COURT:

/s/ Honorable Jan E. DuBois
JAN E. DUBOIS, J.